# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS LLC | § | |
| Plaintiff, | § | |
| vs. | § | Case No: 2:16-cv-00450-JRG |
| CITIBANK, NA | § | LEAD CASE |
| Defendants. | § | |
| SYMBOLOGY INNOVATIONS LLC | § | |
| Plaintiff, | § | |
| vs. | § | Case No: 2:16-cv-00444-JRG |
| BEACON PAYMENTS LLC | § | CONSOLIDATED CASE |
| Defendant. | § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Beacon Payments LLC. (Dkt. 22). It is therefore ORDERED that all claims by Symbology Innovations LLC against Beacon Payments LLC are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 6th day of July, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE